UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

SULAIMAN JALLOH,

Petitioner,

v.

BRIAN ENGLISH,

Respondent.

CAUSE NO. 3:26-CV-166-DRL-SJF

## ORDER

Immigration detainee Sulaiman Jalloh, representing himself, submitted a letter suggesting he might soon be released from custody. ECF 14. His release might moot his petition for a writ of habeas corpus.

Accordingly, the Warden is ORDERED to file a supplemental status report by **June 18, 2026**, with Jalloh's current custody status.

SO ORDERED on June 12, 2026.

s/Scott J. Frankel
Scott J. Frankel
United States Magistrate Judge